# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1643

_____

Dale Curtis Patterson,      *
    *
      Appellant,      *
    *     Appeal from the United States
    v.      *     District Court for the
    *     District of Minnesota.
Austin Medical Center,      *     UNPUBLISHED
    *
      Appellee.      *

_____

Submitted: September 7, 1998
Filed: September 11, 1998

_____

Before WOLLMAN, HANSEN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Dale Curtis Patterson appeals from the district court's[1] dismissal of his action against Austin Medical Center under the Privacy Act of 1974, 5 U.S.C. § 552a. Having carefully reviewed the record and the parties' submissions, we affirm the judgment of the district court for the reasons set forth in its memorandum. See 8th Cir. R. 47B.

---

[1]The Honorable Michael James Davis, United States District Judge for the District of Minnesota.

A true copy.

Attest:

    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.